**WEISS & LURIE**
Jordan L. Lurie (130013)
jlurie@weisslurie.com
Leigh A. Parker (170565)
lparker@weisslurie.com
Zev B. Zysman (176805)
zzysman@weisslurie.com
Joel E. Elkins (256020)
jelkins@weisslurie.com
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

*Counsel for Plaintiff*

[Additional Counsel Appear on Signature Page]

E-FILING
ADR

FILED
2008 JUL 30 P 2: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KNOPF, Derivatively on behalf of YAHOO! INC., <br><br> Plaintiff, <br><br> v. <br><br> TERRY SEMEL, MICHAEL J. CALLAHAN, JERRY YANG, ROY J. BOSTOCK, RONALD W. BURKLE, ERIC HIPPEAU, VYOMESH JOSHI, ARTHUR H. KERN, ROBERT A. KOTICK, EDWARD R. KOZEL, GARY L. WILSON, and MAGGIE WILDEROTTER, <br><br> Defendants, <br><br> v. <br><br> YAHOO! INC., a Delaware Corporation, <br><br> Nominal Defendant. | CASE NO. C08 03658 RS <br><br> **CLASS ACTION** <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **DEMAND FOR JURY TRIAL** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

1. Plaintiff ANDREW KNOPF;
2. Defendant TERRY SEMEL;
3. Defendant MICHAEL J. CALLAHAN;
4. Defendant JERRY YANG;
5. Defendant ROY J. BOSTOCK;
6. Defendant RONALD W. BURKLE;
7. Defendant ERIC HIPPEAU;
8. Defendant VYOMESH JOSHI;
9. Defendant ARTHUR H. KERN;
10. Defendant ROBERT A. KOTICK;
11. Defendant EDWARD R. KOZEL;
12. Defendant GARY L. WILSON;
13. Defendant MAGGIE WILDEROTTER; and
14. Nominal Defendant YAHOO! INC., a Delaware Corporation.

Dated: July 29, 2008

WEISS & LURIE

By _____
Jordan L. Lurie
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

-and-

WEISS & LURIE
Joseph H. Weiss
Ilya Nuzov
551 Fifth Avenue
New York, NY 10176
Telephone: (212) 682-3025
Facsimile: (212) 683-3010

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STULL STULL & BRODY**
Jules Brody
6 West 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

*Counsel for Plaintiffs*