| | |
|---|---|
| 1 | ANNA ERICKSON WHITE (BAR NO. 161385) |
|   | MORRISON & FOERSTER LLP |
| 2 | 755 Page Mill Road |
|   | Palo Alto, California  94304-1018 |
| 3 | Telephone: (650) 813-5600 |
|   | Facsimile: (650) 494-0792 |
| 4 |   |
|   | JORDAN ETH (BAR NO. 121617) |
| 5 | RACHAEL CLARKE (BAR NO. 248844) |
|   | MORRISON & FOERSTER LLP |
| 6 | 425 Market Street |
|   | San Francisco, California  94105 |
| 7 | Telephone: (415) 268-6000 |
|   | Facsimile: (415) 268 7522 |
| 8 |   |
|   | Attorneys for Defendants |
| 9 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 14 | ANDREW KNOPF | Case No. C-08-03658 (RS) |
| 15 | Plaintiff, | |
| 16 | v. | **STIPULATION TO EXTEND YAHOO!'S TIME TO RESPOND TO THE COMPLAINT** |
| 17 | TERRY SEMEL, MICHAEL J. CALLAHAN, JERRY YANG, ROY J. BOSTOCK, RONALD W. BURKLE, ERIC HIPPEAU, VYOMESH JOSHI, ARTHUR H. KERN, ROBERT A. KOTICK, EDWARD R. KOZEL, GARY L. WILSON, and MAGGIE WILDEROTTER | |
| 20 | Defendants | |
| 21 | v. | |
| 22 | YAHOO! INC., a Delaware corporation, | |
| 23 | Nominal Defendant | |

STIPULATION TO EXTEND YAHOO!'S TIME TO RESPOND
Case No. C-08-03658

1  WHEREAS the deadline for nominal defendant Yahoo! Inc. ("Yahoo!") to answer or otherwise respond to plaintiff's complaint (the "Complaint") is August 28, 2008;

WHEREAS the deadline for defendants Terry Semel, Michael J. Callahan, Jerry Yang, Roy J. Bostock, Ronald W. Burkle, Eric Hippeau, Vyomesh Joshi, Arthur H. Kern, Robert A. Kotick, Edward R. Kozel, Gary L. Wilson, and Maggie Wilderotter (the "Individual Defendants," and together with Yahoo!, the "Defendants") to answer or otherwise respond to the Complaint is October 17, 2008;

WHEREAS the parties desire that all pleadings responsive to plaintiffs' complaint fall due on the same date;

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that all Defendants shall have to and including October 17, 2008 to answer or otherwise respond to the Complaint.

Dated: August 28, 2008

JORDAN ETH
ANNA ERICKSON WHITE
RACHAEL CLARKE
MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
Anna Erickson White
Attorneys for Defendants

Dated: August 28, 2008

JORDAN L. LURIE
LEIGH A. PARKER
ZEV B. ZYSMAN
JOEL E. ELKINS
WEISS & LURIE

By: /s/ Leigh A. Parker
Leigh A. Parker
Attorneys for Plaintiff

STIPULATION TO EXTEND YAHOO!'S TIME TO RESPOND
Case No. C-08-03658

**GENERAL ORDER 45 ATTESTATION**

I, Rachael Clarke, am the ECF User whose ID and password are being used to file the Declination to Proceed Before a Magistrate Judge and Request for Reassignment. In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White and Leigh A. Parker have concurred in this filing.

                                         /s/ Rachael Clarke
                                         Rachael Clarke

STIPULATION TO EXTEND YAHOO!'S TIME TO RESPOND
Case No. C-08-03658

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed August 28, 2008.

By:    /s/ Rachael Clarke
        Rachael Clarke

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415/268-7000
Fax: 415/268-7522

**Electronic Mail Notice List**

**Jordan Laurence Lurie**
info@wllawca.com

**Leigh Anne Parker**
lparker@wllawca.com,lparker@weisslurie.com

**Zev Benjamin Zysman**
zzysman@weisslurie.com,info@weisslurie.com

**Manual Notice List**

**Joel E. Elkins**
Weiss & Lurie
10940 Wilshire Blvd
Suite 2300
Los Angeles, CA 90024

**Joseph H. Weiss**
**Ilya Nuzov**
Weiss & Lurie
551 Fifth Avenue
New York, NY 10176

**Jules Brody**
Stull, Stull & Brody
6 West 45th Street
New York, NY 10017

sf-2568473

2