| | |
|---|---|
| 1 | **WEISS & LURIE** |
| 2 | Jordan L. Lurie (130013)<br>jlurie@weisslurie.com |
| 3 | Leigh A. Parker (170565)<br>lparker@weisslurie.com |
| 4 | Zev B. Zysman (176805)<br>zzysman@weisslurie.com |
| 5 | Joel E. Elkins (256020)<br>jelkins@weisslurie.com |
| 6 | 10940 Wilshire Boulevard, 23rd Floor<br>Los Angeles, CA 90024 |
| 7 | Telephone: (310) 208-2800 |
| 8 | Facsimile: (310) 209-2348 |
| 9 | *Counsel for Plaintiff* |
| 10 | [Additional Counsel Appear on Signature Page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW KNOPF, Derivatively on behalf of YAHOO! INC., | CASE NO. C08-03658 RS |
| Plaintiff, | **CLASS ACTION** |
| v. | **CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND OTHER PLEADINGS ON DEFENDANT YAHOO! INC.** |
| TERRY SEMEL, MICHAEL J. CALLAHAN, JERRY YANG, ROY J. BOSTOCK, RONALD W. BURKLE, ERIC HIPPEAU, VYOMESH JOSHI, ARTHUR H. KERN, ROBERT A. KOTICK, EDWARD R. KOZEL, GARY L. WILSON, and MAGGIE WILDEROTTER, | |
| Defendants, | |
| v. | |
| YAHOO! INC., a Delaware Corporation, | |
| Nominal Defendant. | |

**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, ETC.,**

# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF CALIFORNIA





| | |
|---|---|
| Andrew Knopf, Derivatively on behalf of YAHOO! Inc., <br><br> Plaintiff <br> v. <br> TERRY SEMEL, MICHAEL J. CALLAHAN, JERRY YANG, ROY J. BOSTOCK, RONALD W. BURKLE, ERIC HIPPEAU, VYOMESH JOSHI, ARTHUR H. KERN, ROBERT A. KOTICK, EDWARD R. KOZEL, GARY L. WILSON, and MAGGIE WILDEROTTER and YAHOO! INC., a Delaware Corporation <br><br> Defendant | Civil Action No. <br><br> C08 03658 RS |

### Summons in a Civil Action

To: Terry Semel, Michael J. Callahan, Jerry Yang, Roy J. Bostock, Ronald W. Burkle, Eric Hippeau, Vyomesh Joshi, Arthur H. Kern, Robert A. Kotick, Edward R. Kozel, Gary Wilson, *(Defendant's name)* Maggie Wilderotter and YAHOO! Inc., a Delaware Corporation

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jordan L. Lurie  (130013)
jlurie@weisslurie.com
WEISS & LURIE
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Telephone:  (310) 208-2800
Facsimile:   (310) 209-2348

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 3 0 2008

Date: _____

Richard W. Wieking
Name of clerk of court
Tiffany Salinas-Harwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/8/08 |
| NAME OF SERVER *(PRINT)* Miguel Leyva | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 818 West 7th Street, 2nd Floor, Los Angeles, CA 90017
(Served YAHOO!, INC., a Dealware corporation)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served CT Corporation System, agent authorized to accept service of process, by leaving with Juan DePablo, Process Clerk, 8-8-08 at 2:20 p.m.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $39.50 | TOTAL 39.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/11/08
              Date

Signature of Server

1301 W. 2nd St., #206, Los Angeles, CA 90026, (213) 482-1567, Reg. L.A. County #5717

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.