| | |
|---|---|
| 1 | ANNA ERICKSON WHITE (BAR NO. 161385) |
|   | MORRISON & FOERSTER LLP |
| 2 | 755 Page Mill Road |
|   | Palo Alto, California  94304-1018 |
| 3 | Telephone: (650) 813-5600 |
|   | Facsimile: (650) 494-0792 |
| 4 | |
|   | JORDAN ETH (BAR NO. 121617) |
| 5 | RACHAEL CLARKE (BAR NO. 248844) |
|   | MORRISON & FOERSTER LLP |
| 6 | 425 Market Street |
|   | San Francisco, California  94105 |
| 7 | Telephone: (415) 268-6000 |
|   | Facsimile: (415) 268 7522 |
| 8 | |
| 9 | Attorneys for Defendants |

*E-FILED 10/29/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW KNOPF | Case No. C-08-03658 (RS) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| TERRY SEMEL, MICHAEL J. CALLAHAN, JERRY YANG, ROY J. BOSTOCK, RONALD W. BURKLE, ERIC HIPPEAU, VYOMESH JOSHI, ARTHUR H. KERN, ROBERT A. KOTICK, EDWARD R. KOZEL, GARY L. WILSON, and MAGGIE WILDEROTTER | |
| Defendants | |
| v. | |
| YAHOO! INC., a Delaware corporation, | |
| Nominal Defendant | |

STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

1  Pursuant to Civil L.R. 16-2(d), Plaintiff and Defendants, by and through their respective
2  counsel, respectfully request that the Court grant, in the form of an Order, the parties' stipulated
3  request to continue the status conference currently and set the initial case management schedule
4  proposed below.  In support of this stipulated request, the parties state as follows:
5      WHEREAS, plaintiff filed his Complaint on July 30, 2008;
6      WHEREAS, pursuant to the stipulation of the parties filed herewith, Defendants have to and
7  including November 26, 2008 to answer or otherwise respond to the Complaint;
8      WHEREAS, the parties have discussed, and intend to continue discussing, a resolution of this
9  action;
10      WHEREAS, the parties agree that those discussions will be facilitated by a continuance of the
11  case management conference currently scheduled for November 19, 2008;
12      NOW THEREFORE, the parties hereby stipulate and respectfully request that the Court
13  continue the case management conference and set the following initial case management schedule:

| Date | Event |
|---|---|
| January 7, 2008 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| January 21, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| January 28, 2008 | Initial Case Management Conference. |

22  //
23  //
24  //
25  //
26  //
27
28  STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 29, 2008 | JORDAN ETH |
| | | ANNA ERICKSON WHITE |
| 3 | | RACHAEL CLARKE |
| | | MORRISON & FOERSTER LLP |
| 4 | | |
| | | By: /s/ Anna Erickson White |
| 5 | | Anna Erickson White |
| | | Attorneys for Defendants |
| 6 | | |
| 7 | Dated: October 29, 2008 | JORDAN L. LURIE |
| | | LEIGH A. PARKER |
| 8 | | ZEV B. ZYSMAN |
| | | JOEL E. ELKINS |
| 9 | | WEISS & LURIE |
| 10 | | By: /s/ Leigh A. Parker |
| | | Leigh A. Parker |
| 11 | | Attorneys for Plaintiff |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 29, 2008

_/s/ Richard Seeborg_
Honorable Richard Seeborg
United States Magistrate Judge

**GENERAL ORDER 45 ATTESTATION**

I, Rachael Clarke, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Regarding Continuance of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White and Leigh A. Parker have concurred in this filing.

/s/ Rachael Clarke
Rachael Clarke

STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

3

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on October 29, 2008, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed |
| 5 | the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants |
| 6 | indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct.  Executed October 29, 2008. |

By:  /s/ Rachael Clarke
        Rachael Clarke

Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
Telephone:  415/268-7000
Fax:  415/268-7522

STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

**Mailing Information for a Case 5:08-CV-03658-RS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachael Clarke**
  rclarke@mofo.com

- **Jordan L. Lurie**
  jlurie@weisslurie.com

- **Leigh Anne Parker**
  lparker@wllawca.com,lparker@weisslurie.com

- **Zev Benjamin Zysman**
  zzysman@weisslurie.com,info@weisslurie.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Joel E Elkins**
Weiss and Lurie
10940 Wilshire Blvd, Suite 2300
Los Angeles, CA 90024

STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

5