| | | |
|---|---|---|
| 1 | ANNA ERICKSON WHITE (BAR NO. 161385)<br>MORRISON & FOERSTER LLP | *E-FILED 12/11/08* |
| 2 | 755 Page Mill Road<br>Palo Alto, California  94304-1018 | |
| 3 | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 | |
| 4 | | |
| 5 | JORDAN ETH (BAR NO. 121617)<br>RACHAEL CLARKE (BAR NO. 248844)<br>MORRISON & FOERSTER LLP | |
| 6 | 425 Market Street<br>San Francisco, California  94105 | |
| 7 | Telephone: (415) 268-6000<br>Facsimile: (415) 268 7522 | |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW KNOPF<br><br>            Plaintiff,<br><br>    v.<br><br>TERRY SEMEL, MICHAEL J. CALLAHAN, JERRY YANG, ROY J. BOSTOCK, RONALD W. BURKLE, ERIC HIPPEAU, VYOMESH JOSHI, ARTHUR H. KERN, ROBERT A. KOTICK, EDWARD R. KOZEL, GARY L. WILSON, and MAGGIE WILDEROTTER<br><br>            Defendants<br><br>    v.<br><br>YAHOO! INC., a Delaware corporation,<br><br>            Nominal Defendant | Case No. C-08-03658 (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

1   Pursuant to Civil L.R. 16-2(d), Plaintiff and Defendants, by and through their respective
2   counsel, respectfully request that the Court grant, in the form of an Order, the parties' stipulated
3   request to continue the status conference and set the initial case management schedule proposed
4   below.  In support of this stipulated request, the parties state as follows:
5       WHEREAS, plaintiff filed his Complaint on July 30, 2008;
6       WHEREAS, pursuant to the stipulation of the parties filed herewith, Defendants have to and
7   including January 23, 2009 to answer or otherwise respond to the Complaint;
8       WHEREAS, the parties have discussed, and intend to continue discussing, a resolution of this
9   action;
10      WHEREAS, the parties agree that those discussions will be facilitated by a continuance of the
11  case management conference currently scheduled for January 28, 2009;
12      NOW THEREFORE, the parties hereby stipulate and respectfully request that the Court
13  continue the case management conference and set the following initial case management schedule:
14

| Date | Event |
| --- | --- |
| February 11, 2009 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| February 25, 2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| March 4, 2009 | Initial Case Management Conference. |

21
22  //
23  //
24  //
25  //
26  //
27
28  STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
    Case No. C-08-03658

1
2   Dated: December 10, 2008         JORDAN ETH
                                     ANNA ERICKSON WHITE
3                                    RACHAEL CLARKE
                                     MORRISON & FOERSTER LLP
4
                                     By: /s/ Anna Erickson White
5                                        Anna Erickson White
                                         Attorneys for Defendants
6

7   Dated:  December 10, 2008        JORDAN L. LURIE
                                     LEIGH A. PARKER
8                                    ZEV B. ZYSMAN
                                     JOEL E. ELKINS
9                                    WEISS & LURIE

10                                   By: /s/ Leigh A. Parker
                                         Leigh A. Parker
11                                       Attorneys for Plaintiff

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14
15  Dated: December 11, 2008         _____
                                     Honorable Richard Seeborg
16                                   United States Magistrate Judge

17

18
                        **GENERAL ORDER 45 ATTESTATION**
19
        I, Rachael Clarke, am the ECF User whose ID and password are being used to file this
20
    Stipulation and Proposed Order Regarding Continuance of Case Management Conference.  In
21
    compliance with General Order 45, X.B., I hereby attest that Anna Erickson White and Leigh A.
22
    Parker have concurred in this filing.
23

24                                            /s/ Rachael Clarke
                                              Rachael Clarke
25

26

27
    STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
28  Case No. C-08-03658

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on December 10, 2008, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed |
| 5 | the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants |
| 6 | indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct.  Executed December 10, 2008. |

By:  /s/ Rachael Clarke
        Rachael Clarke

Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
Telephone:  415/268-7000
Fax:  415/268-7522

STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

4

**Mailing Information for a Case 5:08-cv-03658-RS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachael Clarke**
  rclarke@mofo.com,nurbina@mofo.com

- **Joel E Elkins**
  jelkins@weisslurie.com

- **Jordan Eth**
  jeth@mofo.com

- **Jordan L. Lurie**
  jlurie@weisslurie.com

- **Leigh Anne Parker**
  lparker@wllawca.com,lparker@weisslurie.com

- **Anna Erickson White**
  awhite@mofo.com,avickery@mofo.com

- **Zev Benjamin Zysman**
  zzysman@weisslurie.com,info@weisslurie.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658