1   ANNA ERICKSON WHITE (BAR NO. 161385)
    MORRISON & FOERSTER LLP

*E-FILED 1/22/09*

2   755 Page Mill Road
    Palo Alto, California  94304-1018
3   Telephone: (650) 813-5600
    Facsimile: (650) 494-0792
4
    JORDAN ETH (BAR NO. 121617)
5   RACHAEL CLARKE (BAR NO. 248844)
    MORRISON & FOERSTER LLP
6   425 Market Street
    San Francisco, California  94105
7   Telephone: (415) 268-6000
    Facsimile: (415) 268 7522
8

9   Attorneys for Defendants

10             UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12                SAN JOSE DIVISION

13   ANDREW KNOPF                Case No. C-08-03658 (RS)

14                Plaintiff,

15    v.                     **STIPULATION AND [PROPOSED]**

                          **ORDER REGARDING CONTINUANCE**
16   TERRY SEMEL, MICHAEL J. CALLAHAN,  **OF CASE MANAGEMENT**
    JERRY YANG, ROY J. BOSTOCK, RONALD  **CONFERENCE**
17   W. BURKLE, ERIC HIPPEAU, VYOMESH
    JOSHI, ARTHUR H. KERN, ROBERT A.
18   KOTICK, EDWARD R. KOZEL, GARY L.
    WILSON, and MAGGIE WILDEROTTER
19
                Defendants
20
    v.
21
   YAHOO! INC., a Delaware corporation,
22
              Nominal Defendant
23

24

25

26

27

28

1    Pursuant to Civil L.R. 16-2(d), Plaintiff and Defendants, by and through their respective

2    counsel, respectfully request that the Court grant, in the form of an Order, the parties' stipulated

3    request to continue the status conference and set the initial case management schedule proposed

4    below.  In support of this stipulated request, the parties state as follows:

5    WHEREAS, plaintiff filed his Complaint on July 30, 2008;

6    WHEREAS, pursuant to the stipulation of the parties filed herewith, Defendants have to and

7    including February 27, 2009 to answer or otherwise respond to the Complaint;

8    WHEREAS, the parties have discussed, and intend to continue discussing, a resolution of this

9    action;

10    WHEREAS, the parties agree that those discussions will be facilitated by a continuance of the

11    case management conference currently scheduled for March 4, 2009;

12    NOW THEREFORE, the parties hereby stipulate and respectfully request that the Court

13    continue the case management conference and set the following initial case management schedule:

14

15
| Date | Event |
| --- | --- |
16| April 1, 2009 | Last day to meet and confer re: initial disclosures, early settlement, ADR process |
17| | selection, and discovery plan |
18| April 15, 2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) |
19| | Report and file Case Management Statement |
20| April 22, 2009 | Initial Case Management Conference. |

21

22    //

23    //

24    //

25    //

26    //

27

28    STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

1

2  Dated: January 22, 2009                    JORDAN ETH
                                              ANNA ERICKSON WHITE
3                                             RACHAEL CLARKE
                                              MORRISON & FOERSTER LLP
4
                                              By: /s/ Anna Erickson White
5                                                  Anna Erickson White
                                                   Attorneys for Defendants
6

7  Dated:  January 22, 2009                   JORDAN L. LURIE
                                              LEIGH A. PARKER
8                                             ZEV B. ZYSMAN
                                              JOEL E. ELKINS
9                                             WEISS & LURIE

10                                            By: /s/ Leigh A. Parker
                                                   Leigh A. Parker
11                                                 Attorneys for Plaintiff

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15  Dated: _1/22/09_____    _____
                                              Honorable Richard Seeborg
16                                            United States Magistrate Judge

17

18                          **GENERAL ORDER 45 ATTESTATION**

19          I, Rachael Clarke, am the ECF User whose ID and password are being used to file this

20  Stipulation and Proposed Order Regarding Continuance of Case Management Conference.  In

21  compliance with General Order 45, X.B., I hereby attest that Anna Erickson White and Leigh A.

22  Parker have concurred in this filing.

23

24                                                 _/s/ Rachael Clarke_____
                                                   Rachael Clarke
25

26

27

28  STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
    Case No. C-08-03658

3

1

<u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on January 22, 2009, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed

5   the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

6   indicated on the attached Manual Notice List.

7        I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed January 22, 2009.

9

10                      By:    /s/ Rachael Clarke

11                            Rachael Clarke

12                          Morrison & Foerster LLP

13                          425 Market Street
San Francisco, CA  94105

14                          Telephone:  415/268-7000
Fax:  415/268-7522

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

**Mailing Information for a Case 5:08-cv-03658-RS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachael Clarke**
  rclarke@mofo.com,nurbina@mofo.com

- **Joel E Elkins**
  jelkins@weisslurie.com

- **Jordan Eth**
  jeth@mofo.com

- **Jordan L. Lurie**
  jlurie@weisslurie.com

- **Leigh Anne Parker**
  lparker@wllawca.com,lparker@weisslurie.com

- **Anna Erickson White**
  awhite@mofo.com,avickery@mofo.com

- **Zev Benjamin Zysman**
  zzysman@weisslurie.com,info@weisslurie.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658