| | |
|---|---|
| 1 | ANNA ERICKSON WHITE (BAR NO. 161385) |
| | MORRISON & FOERSTER LLP |
| 2 | 755 Page Mill Road |
| | Palo Alto, California 94304-1018 |
| 3 | Telephone: (650) 813-5600 |
| | Facsimile: (650) 494-0792 |

**E-Filed 3/16/09**

JORDAN ETH (BAR NO. 121617)
RACHAEL CLARKE (BAR NO. 248844)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-6000
Facsimile: (415) 268 7522

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDREW KNOPF

    Plaintiff,

v.

TERRY SEMEL, MICHAEL J. CALLAHAN, JERRY YANG, ROY J. BOSTOCK, RONALD W. BURKLE, ERIC HIPPEAU, VYOMESH JOSHI, ARTHUR H. KERN, ROBERT A. KOTICK, EDWARD R. KOZEL, GARY L. WILSON, and MAGGIE WILDEROTTER

    Defendants

v.

YAHOO! INC., a Delaware corporation,

    Nominal Defendant

Case No. C-08-03658 (RS)

**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

Pursuant to Civil L.R. 16-2(d), Plaintiff and Defendants, by and through their respective counsel, respectfully request that the Court grant, in the form of an Order, the parties' stipulated request to continue the status conference and set the initial case management schedule proposed below. In support of this stipulated request, the parties state as follows:

WHEREAS, plaintiff filed his Complaint on July 30, 2008;

WHEREAS, pursuant to the stipulation of the parties filed herewith, Defendants have to and including May 15, 2009 to answer or otherwise respond to the Complaint;

WHEREAS, the parties have discussed, and intend to continue discussing, a resolution of this action;

WHEREAS, the parties agree that those discussions will be facilitated by a continuance of the case management conference currently scheduled for April 22, 2009;

NOW THEREFORE, the parties hereby stipulate and respectfully request that the Court continue the case management conference and set the following initial case management schedule:

| Date | Event |
| --- | --- |
| June 3, 2009 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| June 17, 2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| June 24, 2009 | Initial Case Management Conference. |

//
//
//
//
//

STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 13, 2009 | JORDAN ETH |
| | | ANNA ERICKSON WHITE |
| 3 | | RACHAEL CLARKE |
| | | MORRISON & FOERSTER LLP |
| 4 | | |
| | | By: /s/ Anna Erickson White |
| 5 | | Anna Erickson White |
| | | Attorneys for Defendants |
| 6 | | |
| 7 | Dated: March 13, 2009 | JORDAN L. LURIE |
| | | LEIGH A. PARKER |
| 8 | | ZEV B. ZYSMAN |
| | | JOEL E. ELKINS |
| 9 | | WEISS & LURIE |
| 10 | | By: /s/ Leigh A. Parker |
| | | Leigh A. Parker |
| 11 | | Attorneys for Plaintiff |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 16, 2009

_____
Honorable Richard Seeborg
United States Magistrate Judge

**GENERAL ORDER 45 ATTESTATION**

I, Rachael Clarke, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Regarding Continuance of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White and Leigh A. Parker have concurred in this filing.

/s/ Rachael Clarke
Rachael Clarke

STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

3


## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 16, 2009.

By:   /s/ Rachael Clarke
        Rachael Clarke

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415/268-7000
Fax: 415/268-7522

STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

**Mailing Information for a Case 5:08-cv-03658-RS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachael Clarke**
  rclarke@mofo.com,nurbina@mofo.com

- **Joel E Elkins**
  jelkins@weisslurie.com

- **Jordan Eth**
  jeth@mofo.com

- **Jordan L. Lurie**
  jlurie@weisslurie.com

- **Leigh Anne Parker**
  lparker@wllawca.com,lparker@weisslurie.com

- **Anna Erickson White**
  awhite@mofo.com,avickery@mofo.com

- **Zev Benjamin Zysman**
  zzysman@weisslurie.com,info@weisslurie.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658