1  ANNA ERICKSON WHITE (BAR NO. 161385)
   MORRISON & FOERSTER LLP
2  755 Page Mill Road
   Palo Alto, California 94304-1018
3  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
4
   JORDAN ETH (BAR NO. 121617)
5  RACHAEL CLARKE (BAR NO. 248844)
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, California 94105
7  Telephone: (415) 268-6000
   Facsimile: (415) 268 7522
8

9  Attorneys for Defendants

*E-Filed 5/22/09*

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  ANDREW KNOPF                    | Case No. C-08-03658 (RS)

14              Plaintiff,

15     v.                           | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

16  TERRY SEMEL, MICHAEL J. CALLAHAN,
    JERRY YANG, ROY J. BOSTOCK, RONALD
17  W. BURKLE, ERIC HIPPEAU, VYOMESH
    JOSHI, ARTHUR H. KERN, ROBERT A.
18  KOTICK, EDWARD R. KOZEL, GARY L.
    WILSON, and MAGGIE WILDEROTTER
19
                Defendants
20
       v.
21
    YAHOO! INC., a Delaware corporation,
22
                Nominal Defendant
23

STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

Pursuant to Civil L.R. 16-2(d), Plaintiff and Defendants, by and through their respective counsel, respectfully request that the Court grant, in the form of an Order, the parties' stipulated request to continue the status conference and set the initial case management schedule proposed below. In support of this stipulated request, the parties state as follows:

WHEREAS, plaintiff filed his Complaint on July 30, 2008;

WHEREAS, pursuant to the stipulation of the parties filed herewith, Defendants have to and including June 19, 2009 to answer or otherwise respond to the Complaint;

WHEREAS, the parties have discussed, and intend to continue discussing, a resolution of this action;

WHEREAS, the parties agree that those discussions will be facilitated by a continuance of the case management conference currently scheduled for June 24, 2009;

NOW THEREFORE, the parties hereby stipulate and respectfully request that the Court continue the case management conference and set the following initial case management schedule:

| Date | Event |
| --- | --- |
| July 8, 2009 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| July 22, 2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| July 29, 2009 | Initial Case Management Conference. |

//
//
//
//
//

STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658

1
2   Dated: May 14, 2009                    JORDAN ETH
                                           ANNA ERICKSON WHITE
3                                          RACHAEL CLARKE
                                           MORRISON & FOERSTER LLP
4
                                           By: /s/ Anna Erickson White
5                                              Anna Erickson White
                                               Attorneys for Defendants
6

7   Dated:  May 14, 2009                   JORDAN L. LURIE
                                           LEIGH A. PARKER
8                                          ZEV B. ZYSMAN
                                           JOEL E. ELKINS
9                                          WEISS & LURIE

10                                         By: /s/ Leigh A. Parker
                                               Leigh A. Parker
11                                             Attorneys for Plaintiff

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14
           5/22/09
15  Dated: _____           _____
                                           Honorable Richard Seeborg
16                                         United States Magistrate Judge

17

18
                         **GENERAL ORDER 45 ATTESTATION**
19
        I, Rachael Clarke, am the ECF User whose ID and password are being used to file this
20
    Stipulation and Proposed Order Regarding Continuance of Case Management Conference.  In
21
    compliance with General Order 45, X.B., I hereby attest that Anna Erickson White and Leigh A.
22
    Parker have concurred in this filing.
23

24                                                   /s/ Rachael Clarke
                                                       Rachael Clarke
25

26

27
    STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
28  Case No. C-08-03658

|   |   |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |

2   I hereby certify that on May 14, 2009, I electronically filed the foregoing with the Clerk of the

3   Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

4   denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the

5   foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

6   indicated on the attached Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed May 14, 2009.

9

10              By:    /s/ Rachael Clarke
                         Rachael Clarke

11
12              Morrison & Foerster LLP
                425 Market Street
13              San Francisco, CA  94105
                Telephone:  415/268-7000
14              Fax:  415/268-7522

15

16

17

18

19

20

21

22

23

24

25

26

27
    STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
28  Case No. C-08-03658

**Mailing Information for a Case 5:08-cv-03658-RS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachael Clarke**
  rclarke@mofo.com,nurbina@mofo.com

- **Joel E Elkins**
  jelkins@weisslurie.com

- **Jordan Eth**
  jeth@mofo.com

- **Jordan L. Lurie**
  jlurie@weisslurie.com

- **Leigh Anne Parker**
  lparker@wllawca.com,lparker@weisslurie.com

- **Anna Erickson White**
  awhite@mofo.com,avickery@mofo.com

- **Zev Benjamin Zysman**
  zzysman@weisslurie.com,info@weisslurie.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

STIP. AND ~~PROPOSED~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C-08-03658