*E-Filed 6/22/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW KNOPF, derivatively on behalf of Yahoo!, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRY SEMEL; MICHAEL J. CALLAHAN, JERRY YANG; ROY J. BOSTOCK; RONALD W. BURKLE; ERIC HIPPEAU; VYOMESH JOSHI; ARTHUR H. KERN; ROBERT A. KOTICK; EDWARD R. KOZEL; GARY L. WILSON; and MAGGIE WILDEROTTER,<br><br>    Defendants,<br><br>    v.<br><br>YAHOO!, INC., a Delaware Corporation,<br><br>    Nominal Defendant.<br>_____/ | Case No. 5:08 CV 3658 RS<br><br>ORDER OF RECUSAL |

    I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

**IT IS SO ORDERED.**

ORDER OF RECUSAL REGARDING REFERRED MATTERS
Case No. 5:08 CV 3658 RS

1  DATED:     6/22/09

3  RICHARD SEEBORG
   United States Magistrate Judge