| | |
|---|---|
| 1   JORDAN ETH (BAR NO. 121617)<br>     JEth@mofo.com<br>2   ANNA ERICKSON WHITE (BAR NO. 161385)<br>     AWhite@mofo.com<br>3   RACHAEL CLARKE (BAR NO. 248844)<br>     RClarke@mofo.com<br>4   MORRISON & FOERSTER LLP<br>     425 Market Street<br>5   San Francisco, California 94105<br>     Telephone: (415) 268-6000<br>6   Facsimile: (415) 268-7522 | **E-Filed 7/30/2009** |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW KNOPF<br><br>                Plaintiff,<br><br>   v.<br><br>TERRY SEMEL, MICHAEL J. CALLAHAN, JERRY YANG, ROY J. BOSTOCK, RONALD W. BURKLE, ERIC HIPPEAU, VYOMESH JOSHI, ARTHUR H. KERN, ROBERT A. KOTICK, EDWARD R. KOZEL, GARY L. WILSON, and MAGGIE WILDEROTTER<br><br>                Defendants<br><br>   v.<br><br>YAHOO! INC., a Delaware corporation,<br><br>                Nominal Defendant | Case No. C-08-03658 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

STIP. AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE,
CONTINUANCE OF MTD HEARING AND CMC
Case No. C-08-03658 (JF)

Pursuant to Civil Local Rules 6-1, 6-2, 7-7, and 7-12, the parties, by and through their respective counsel, respectfully request that the Court grant, in the form of an Order, the parties' stipulated request to set the briefing schedule proposed below, continue the hearing on Defendants' Motion to Dismiss Plaintiff's Shareholder Derivative Complaint (the "Motion to Dismiss"), continue the Initial Case Management Conference, and set the initial case management schedule proposed below.  In support of this stipulated request, the parties state as follows:

WHEREAS, Defendants filed their motion to dismiss Plaintiff's complaint (the "Motion to Dismiss") on July 10, 2009 and, after meeting and conferring with counsel for Plaintiff, noticed a hearing on that Motion to Dismiss for September 25, 2009.

WHEREAS, after meeting and conferring, the parties have agreed upon a briefing schedule and new hearing date for the Motion to Dismiss that is mutually convenient for both parties, accommodates counsel's previously-scheduled vacation plans, and also complies with the requirement set forth in L.R. 7-3(c) that replies must be served and filed not less than 14 days before the hearing date;

WHEREAS, for the convenience of the Court and to minimize travel for Plaintiff's counsel, who are located in Los Angeles, the parties wish to continue the initial case management conference so that it takes place on the same day as the hearing on the Motion to Dismiss;

NOW THEREFORE, the parties hereby stipulate that the hearing date on the Motion to Dismiss be continued from September 25, 2009 until October 2, 2009.[1]

The parties further stipulate, and respectfully request that the Court enter an Order, as follows:

1. Plaintiff shall file his opposition to the Motion to Dismiss on or before August 28, 2009.  Defendants shall file their reply on or before September 18, 2009.

---

[1] Filed concurrently herewith is a Notice of Continuance.

STIP. AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE, CONTINUANCE OF MTD HEARING AND CMC
Case No. C-08-03658 (JF)

2. The initial Case Management Conference is continued until October 2, 2009 and the following case management schedule is set:

| Date | Event |
|---|---|
| September 11, 2009 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| September 25, 2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| October 2, 2009 | Initial Case Management Conference. |

Dated: July 23, 2009

JORDAN ETH
ANNA ERICKSON WHITE
RACHAEL CLARKE
MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
     Anna Erickson White
     Attorneys for Defendants

Dated:  July 23, 2009

JORDAN L. LURIE
LEIGH A. PARKER
ZEV B. ZYSMAN
JOEL E. ELKINS
WEISS & LURIE

By: /s/ Leigh A. Parker
     Leigh A. Parker
     Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 30, 2009

_____
Honorable Jeremy Fogel
United States District Judge

STIP. AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE,
CONTINUANCE OF MTD HEARING AND CMC
Case No. C-08-03658 (JF)

**GENERAL ORDER 45 ATTESTATION**

I, Rachael Clarke, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Regarding Continuance of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White and Leigh A. Parker have concurred in this filing.

                                                           /s/ Rachael Clarke
                                                              Rachael Clarke

STIP. AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE,
CONTINUANCE OF MTD HEARING AND CMC
Case No. C-08-03658 (JF)