JORDAN ETH (BAR NO. 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (BAR NO. 161385)
AWhite@mofo.com
RACHAEL CLARKE (BAR NO. 248844)
RClarke@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: (415) 268-6000
Facsimile: (415) 268-7522

Attorneys for Defendants

**E-Filed 2/18/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW KNOPF<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TERRY SEMEL, MICHAEL J. CALLAHAN, JERRY YANG, ROY J. BOSTOCK, RONALD W. BURKLE, ERIC HIPPEAU, VYOMESH JOSHI, ARTHUR H. KERN, ROBERT A. KOTICK, EDWARD R. KOZEL, GARY L. WILSON, and MAGGIE WILDEROTTER<br><br>　　　　　Defendants<br><br>　v.<br><br>YAHOO! INC., a Delaware corporation,<br><br>　　　　　Nominal Defendant | Case No. C-08-03658 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND EXTENDING TIME TO FILE REPLY BRIEF** |

STIP. AND PROPOSED ORDER CONTINUING HEARING AND EXTENDING TIME TO FILE
Case No. C-08-03658 JF (PVT)

sf-2800751

1  Pursuant to Civil Local Rules 6-1, 6-2, 7-7, and 7-12, the parties, by and through their
2  respective counsel, respectfully request that the Court grant, in the form of an Order, the parties'
3  stipulated request to continue the hearing on Defendants' Motion to Dismiss Plaintiff's First
4  Amended Complaint (the "Motion to Dismiss") and extending Defendants' time to file their reply
5  brief.  In support of this stipulated request, the parties state as follows:
6  WHEREAS, Defendants filed their motion to dismiss (the "Motion to Dismiss") on December
7  11, 2009 and noticed a hearing on that Motion to Dismiss for March 5, 2010;
8  WHEREAS, Plaintiff's counsel filed an opposition to the Motion to Dismiss on January 21,
9  2010 and Defendants' reply brief is currently due on February 19, 2010;
10 WHEREAS, Plaintiff's counsel is now scheduled to appear in San Diego for oral argument
11 before the Ninth Circuit on the afternoon of March 4, 2010, making it difficult for Plaintiff's counsel
12 to travel to and prepare for a hearing on the Motion to Dismiss before this Court at 9 a.m. the next
13 day;
14 WHEREAS, Plaintiff's counsel requested, and Defendants' counsel agreed, to continue the
15 date of the hearing on the Motion to Dismiss to March 12, 2010 and extend by a week Defendants'
16 time to file their reply brief;
17 WHEREAS, Plaintiff's counsel contacted chambers and confirmed that March 12, 2010 was a
18 convenient date for the Court;
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 STIP. AND PROPOSED ORDER CONTINUING HEARING AND EXTENDING TIME TO FILE
   Case No. C-08-03658 JF (PVT)
28

1     NOW THEREFORE, the parties hereby stipulate that the hearing date on the Motion to Dismiss is continued until March 12, 2010.[1]

The parties further stipulate, and respectfully request that the Court enter an Order, that Defendants' time to file their reply brief is extended through and until February 26, 2010.

Dated: February 11, 2010

JORDAN ETH
ANNA ERICKSON WHITE
RACHAEL CLARKE
MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
    Anna Erickson White
    Attorneys for Defendants

Dated: February 11, 2010

JORDAN L. LURIE
LEIGH A. PARKER
ZEV B. ZYSMAN
JOEL E. ELKINS
WEISS & LURIE

By: /s/ Leigh A. Parker
    Leigh A. Parker
    Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/18/2010

_____
Honorable Jeremy Fogel
United States District Judge

---

[1] Filed concurrently herewith is a Notice of Continuance.

STIP. AND PROPOSED ORDER CONTINUING HEARING AND EXTENDING TIME TO FILE
Case No. C-08-03658 JF (PVT)

**GENERAL ORDER 45 ATTESTATION**

I, Rachael Clarke, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Regarding Continuance of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Anna Erickson White and Leigh A. Parker have concurred in this filing.

                                            /s/ Rachael Clarke
                                              Rachael Clarke

STIP. AND PROPOSED ORDER CONTINUING HEARING AND EXTENDING TIME TO FILE
Case No. C-08-03658 JF (PVT)

sf-2800751