1  Jordan L. Lurie  (130013)
   jlurie@weisslurie.com
2  Leigh A. Parker (170565)
   lparker@weisslurie.com
3  Joel E. Elkins (256020)
   jelkins@weisslurie.com
4  **WEISS & LURIE**
5  10940 Wilshire Boulevard, Suite 2300
   Los Angeles, CA 90024
6  Telephone: (310) 208-2800
   Facsimile:  (310) 209-2348
7
8  **Counsel for Plaintiff**

9  [Additional counsel listed on signature page]

10
                     **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12
                           **SAN JOSE DIVISION**
13

14
15 | ANDREW KNOPF, Derivatively on behalf of ) | CASE NO. C08-03658 (JF) |
   | YAHOO! INC.,                            )  |                         |
16 |              Plaintiff,                 )  | STIPULATION AND [PROPOSED] ORDER FOR A BRIEF EXTENSION OF TIME TO FILE PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO |
17 |         v.                              )  |                         |
18 | TERRY SEMEL, MICHAEL J. CALLAHAN, )       |                         |
   | JERRY YANG, ROY J. BOSTOCK,            )   |                         |
19 | RONALD W. BURKLE, ERIC HIPPEAU,        )   |                         |
   | VYOMESH JOSHI, ARTHUR H. KERN,         )   |                         |
20 | ROBERT A. KOTICK, EDWARD R.            )   |                         |
   | KOZEL, GARY L. WILSON,                 )   |                         |
21 | and MAGGIE WILDEROTTER,                )   |                         |
22 |              Defendants,                )  |                         |
23 |         v.                              )  |                         |
24 | YAHOO! INC., a Delaware Corporation,   )   |                         |
25 |              Nominal Defendant.         )  |                         |
26 |                                         )  |                         |
27 |                                         )  |                         |

28
   STIPULATION AND [PROPOSED] ORDER FOR A BRIEF EXTENSION OF TIME TO FILE
   PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO
   C-08-03658 (JF)

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, the parties, by and through their respective counsel, respectfully request that the Court grant, in the form of an Order, the parties' stipulated request for a brief extension of the time for Plaintiff to file his further amended complaint. In support of this stipulated request, the parties state as follows:

WHEREAS, this Court issued an order on March 17, 2010 granting Defendants' Motion to Dismiss Plaintiff's First Amended Shareholder Derivative Complaint with leave for Plaintiff to file a further amended complaint;

WHEREAS, this Court's March 17, 2010 order provides that Plaintiff's further amended complaint shall be filed within thirty days of the date that the order was filed, or April 16, 2010;

WHEREAS, counsel for Plaintiff requested, and counsel for Defendants courteously agreed to, a brief extension of the date for Plaintiff to file his further amended complaint to April 26, 2010, or only ten (10) days after the date set by this Court;

WHEREAS, the parties also agree that Defendants' time to answer or otherwise respond to Plaintiff's further amended complaint may be extended to and including May 20, 2010;

WHEREAS, there have been no previous extensions of the date for Plaintiff to file his further amended complaint;

WHEREAS, there are no other dates currently scheduled in this case; and

WHEREAS, this brief extension of time will have no effect on the schedule in this case:

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER FOR A BRIEF EXTENSION OF TIME TO FILE
PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO
C-08-03658 (JF)                                                                                                              1

1  undersigned counsel, that Plaintiff shall file his further amended complaint on or before April
2  26, 2010.  Defendants' time to answer or otherwise respond to Plaintiff's further amended
3  complaint shall be extended to and including May 20, 2010.

                              WEISS & LURIE
                              JORDAN L. LURIE
                              LEIGH A. PARKER
                              JOEL E. ELKINS

7  DATED: April 16, 2010        By:    /s/   Leigh A. Parker
                                       Leigh A. Parker
8                               10940 Wilshire Boulevard, Suite 2300
                              Los Angeles, CA 90024

                              WEISS & LURIE
                              JOSEPH H. WEISS
                              ILYA NUZOV
                              551 Fifth Avenue
                              New York, NY 10176

                              Counsel for Plaintiff

                              MORRISON & FORRESTER
                              JORDAN ETH
                              ANNA ERICKSON WHITE
                              RACHAEL CLARKE

16  DATED: April 16, 2010        By:     /s/  Rachael Clarke
                                       Rachael Clarke
17                              755 Page Mill Road
                              Palo Alto, CA 94304-1018
18                              Phone:  (650) 813-5600
                              Fax:  (650) 494-0792

                              Counsel for Defendants

21                            **[PROPOSED] ORDER**

22  PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED THAT:

23      1.   Plaintiff shall file and serve his further amended complaint on or before April
24  26, 2010.  Defendants' time to answer or otherwise respond to Plaintiff's further amended
25  complaint shall be extended to and including May 20, 2010.

26  DATED:  4/19 , 2010

                              THE HONORABLE JEREMY FOGEL
                              UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR A BRIEF EXTENSION OF TIME TO FILE
PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO
C-08-03658 (JF)                                                                                                              2

**CERTIFICATE PURSUANT TO GENERAL ORDER 45 X.B.**

I, Leigh A. Parker, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order for a Brief Extension of Time to File Plaintiff's Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Rachael Clarke has concurred in this filing.

/s/ Leigh A. Parker
Leigh A. Parker

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 16, 2010.

          /s/  Leigh A. Parker
          Leigh A. Parker

WEISS & LURIE
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90066
Telephone: (310) 208-2800
Facsimile:  (310) 209-2348

Email: lparker@weisslurie.com

STIPULATION AND [PROPOSED] ORDER FOR A BRIEF EXTENSION OF TIME TO FILE PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO
C-08-03658 (JF)     3

# Mailing Information for a Case 5:08-cv-03658-JF

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachael Clarke**
  rclarke@mofo.com,nurbina@mofo.com

- **Joel E Elkins**
  jelkins@weisslurie.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Jordan L. Lurie**
  jlurie@weisslurie.com

- **Leigh Anne Parker**
  lparker@weisslurie.com

- **Anna Erickson White**
  awhite@mofo.com,avickery@mofo.com

- **Zev Benjamin Zysman**
  zzysman@weisslurie.com,info@weisslurie.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual recipients)

STIPULATION AND [PROPOSED] ORDER FOR A BRIEF EXTENSION OF TIME TO FILE
PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO
C-08-03658 (JF)                                                                 4