1

Jordan L. Lurie  (130013)
jlurie@weisslurie.com

2

Leigh A. Parker (170565)
lparker@weisslurie.com

3

Joel E. Elkins (256020)
jelkins@weisslurie.com

4

**WEISS & LURIE**

5

10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024

6

Telephone: (310) 208-2800
Facsimile:  (310) 209-2348

7

8

**Counsel for Plaintiff**

9

[Additional counsel listed on signature page]

10

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

**SAN JOSE DIVISION**

14

15

ANDREW KNOPF, Derivatively on behalf of  )   CASE NO. C08-03658 (JF)
YAHOO! INC.,                                                      )

16

                                                                          )   STIPULATION AND [PROPOSED]
                      Plaintiff,                                  )   ORDER RE: VOLUNTARY DISMISSAL

17

                                                                          )
         v.                                                           )

18

                                                                          )
TERRY SEMEL, MICHAEL J. CALLAHAN,  )
JERRY YANG, ROY J. BOSTOCK,              )

19

RONALD W. BURKLE, ERIC HIPPEAU,     )
VYOMESH JOSHI, ARTHUR H. KERN,        )

20

ROBERT A. KOTICK, EDWARD R.              )
KOZEL, GARY L. WILSON,                        )

21

and MAGGIE WILDEROTTER,                   )
                                                                          )

22

                      Defendants,                             )
                                                                          )

23

         v.                                                           )
                                                                          )

24

YAHOO! INC., a Delaware Corporation,     )
                                                                          )

25

                      Nominal Defendant.                  )
                                                                          )

26

                                                                          )
                                                                          )

27

_____  )

28

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
C-08-03658 (JF)

1   Pursuant to Rules 23.1 and 41(a) of the Federal Rules of Civil Procedure, the parties,

2   by and through their respective counsel, respectfully request that the Court approve the

3   voluntary dismissal of this action.  In support of this stipulated request, the parties state as

4   follows:

5   WHEREAS, this Court issued an order on March 17, 2010 granting Defendants'

6   Motion to Dismiss Plaintiff's First Amended Shareholder Derivative Complaint with leave

7   for Plaintiff to file a further amended complaint;

8   WHEREAS, on April 22, 2010, this Court entered an order on the parties' stipulation

9   extending the date for Plaintiff to file his amended complaint to April 26, 2010, and

10   extending the date for Defendants to answer or otherwise respond to Plaintiff's further

11   amended complaint to and including May 20, 2010;

12   WHEREAS, Defendants have not filed an answer nor a motion for summary

13   judgment in this action;

14   WHEREAS, Plaintiff respectfully requests that this Court approve his request to

15   voluntarily dismiss this action with prejudice as to himself and without prejudice as to

16   nominal defendant Yahoo! Inc.;

17   WHEREAS, the counsel for the parties have conferred and agree that each party shall

18   bear its own costs; and

19   WHEREAS, the parties respectfully submit that notice of the dismissal pursuant to

20   Rule 23.1 is not required, as any dismissal will be without prejudice as to nominal defendant

21   Yahoo! Inc.:

22   IT IS HEREBY STIPULATED AND AGREED, by the parties, through their

23   undersigned counsel, that this case is voluntarily dismissed with prejudice as to Plaintiff

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
C-08-03658 (JF)                                                                                      1

1  Andrew Knopf and without prejudice as to nominal defendant Yahoo! Inc.  The parties

2  further agree that each side shall bear its own costs.  Notice pursuant to Rule 23.1 is not

3  required.

WEISS & LURIE
4                                                              JORDAN L. LURIE
LEIGH A. PARKER
5                                                              JOEL E. ELKINS

6  DATED: April 22, 2010            By:      /s/  Jordan L. Lurie
Jordan L. Lurie
7                                                              10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
8
WEISS & LURIE
9                                                              JOSEPH H. WEISS
ILYA NUZOV
10                                                             551 Fifth Avenue
New York, NY 10176
11
Counsel for Plaintiff
12
MORRISON & FORRESTER
13                                                             JORDAN ETH
ANNA ERICKSON WHITE
14                                                             RACHAEL CLARKE

15  DATED: April 22, 2010            By:      /s/  Ann Erickson White
Anna Erickson White
16                                                             755 Page Mill Road
Palo Alto, CA  94304-1018
17                                                             Phone:  (650) 813-5600
Fax:  (650) 494-0792
18
Counsel for Defendants
19

20
**[PROPOSED] ORDER**
21
PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED THAT:
22
1.      Plaintiff's request for voluntary dismissal of this action with prejudice as to
23
himself and without prejudice as to nominal defendant Yahoo! Inc. is approved.
24
2.      Each side shall bear its own costs.
25
3.      Notice of the voluntary dismissal of this action is not required.
26

27  DATED: __4/26_____, 2010      _____
THE HONORABLE JEREMY FOGEL
28                                                             UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
C-08-03658 (JF)                                                                                    2

1

**CERTIFICATE PURSUANT TO GENERAL ORDER 45 X.B.**

2     I, Jordan L. Lurie, am the ECF User whose ID and password are being used to file

3 this Stipulation and [Proposed] Order for a Brief Extension of Time to File Plaintiff's

4 Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Anna

5 Erickson White has concurred in this filing.

6

7
                                        /s/  Jordan L. Lurie
                                            Jordan L. Lurie

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on April 23, 2010, I electronically filed the foregoing with the

3 Clerk of the Court using the CM/ECF system which will send notification of such filing to

4 the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify

5 that I have mailed the foregoing document or paper via the United States Postal Service to

6 the non-CM/ECF participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that

8 the foregoing is true and correct.  Executed on April 23, 2010.

9

10           /s/  Jordan L. Lurie
              Jordan L. Lurie

11         WEISS & LURIE
           10940 Wilshire Boulevard
12         Suite 2300
           Los Angeles, CA 90066
13         Telephone: (310) 208-2800
           Facsimile:  (310) 209-2348
14
           Email: jlurie@weisslurie.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
C-08-03658 (JF)                                                                                1

# Mailing Information for a Case 5:08-cv-03658-JF

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Rachael Clarke**
rclarke@mofo.com,nurbina@mofo.com

**Joel E Elkins**
jelkins@weisslurie.com

**Jordan Eth**
jeth@mofo.com,nurbina@mofo.com

**Jordan L. Lurie**
jlurie@weisslurie.com

**Leigh Anne Parker**
lparker@weisslurie.com

**Anna Erickson White**
awhite@mofo.com,avickery@mofo.com

**Zev Benjamin Zysman**
zzysman@weisslurie.com,info@weisslurie.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual recipients)

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL
C-08-03658 (JF)                                                                                           2